UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| RAYMOND ANDREW THOMPSON, | ) | |
| Petitioner, | ) | No. CV 08-8574-PSG(RCF) |
| v. | ) | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF |
| McDONALD, Warden, | ) | UNITED STATES MAGISTRATE JUDGE |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition, all the records, and the Report and Recommendation of United States Magistrate Judge, as well as Petitioner's objections to the Report. The Court has engaged in a *de novo* review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED:   December 14, 2011

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE