UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| RAYMOND ANDREW THOMPSON, | ) | |
| Petitioner, | ) | No. CV 08-8574-PSG(RCF) |
| v. | ) | JUDGMENT |
| McDONALD, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the First Amended Petition for Writ of Habeas Corpus is denied with prejudice.

DATED: December 14, 2011

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE